JOHN M. POLSON, SBN 157820
E-mail: jpolson@laborlawyers.com
LONNIE D. GIAMELA, SBN 228435
E-mail: lgiamela@laborlawyers.com
Fisher & Phillips LLP
2050 Main Street
Suite 1000
Irvine, CA 92614
Telephone: (949) 798-2142
Facsimile: (949) 851-0152

ANDREW R. HEIN, Pro Hac Vice
E-mail: ahein@harbinhein.com
Harbin & Hein PLLC
Two Prudential Plaza
180 N. Stetson Ave.
Chicago, IL 60601
Telephone: (312) 371-6578
Facsimile: (312) 275-7510

Attorneys for Plaintiff AMERICAN LEGALNET, INC.

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN LEGALNET, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY SCOTT DAVIS, and CALENDARRULES.COM LLC, a California limited liability company<br><br>Defendants. | CASE NO. CV 09-7957 JST (RCx)<br><br>**ORDER FOR DISMISSAL** |

PROPOSED ORDER FOR DISMISSAL

|   |   |
|---|---|
| 1 | GEOFFREY SCOTT DAVIS, and CALENDARRULES.COM LLC, a California limited liability company |
| 2 | |
| 3 | |
| 4 | Counterclaimant, |
| 5 | v. |
| 6 | AMERICAN LEGALNET, INC., a California corporation |
| 7 | |
| 8 | |
| 9 | Counter-Defendant. |

THIS MATTER COMING BEFORE THE COURT on Plaintiff/Counter-Defendant American LegalNet, Inc.'s and Defendants/Counterclaimant Geoffrey Scott Davis's and CalendarRules.com LLC's stipulation pursuant to their agreement to settle this matter, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Complaint is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

2. Defendants' Counterclaim is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: 10/04/2010                    JOSEPHINE STATON TUCKER
                                     United States District Judge

2
PROPOSED ORDER FOR DISMISSAL